UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAN FRIEDMAN,

                              Plaintiff,

-against-

STHREE PLC., STHREE INC., HUXLEY ASSOCIATES B.V., HUXLEY ASSOCIATES LTD, HUXLEY ASSOCIATES INC., IVANA RADUJKO, PALLADYNE INTERNATIONAL ASSET MANAGEMENT B.V., ISMAEL ABUDHER, LILY YEO, NIKOLAY TISCHCHENKO, PIEDAD ALONSO GAMO, and BILL STEVENS,

                              Defendants.

Case No.: 3:14-cv-00378 (AWT)

July 25, 2014

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Palladyne International Asset Management BV, by and through its undersigned counsel, states that it is owned by Bainbridge BV and Palladyne Group. No publicly held corporation owns ten percent or more of Palladyne International Asset Management BV.

FINN DIXON & HERLING LLP

By: /s/ Alfred U. Pavlis
  Alfred U. Pavlis (ct08603)

  177 Broad Street, 15th Floor
  Stamford, CT 06901-2048
  Phone: (203) 325-5056
  Fax:: (203) 325-5001
  Email: apavlis@fdh.com


HUGHES HUBBARD & REED LLP
  Susan M. Campbell
  One Battery Park Plaza
  New York, New York  10004-1482
  (212) 837-6000


*Attorneys for Defendants Palladyne International Asset Management B.V., Ismael Abudher, Lily Yeo, Nikolay Tishchenko, Piedad Alonso Gamo, and Billie Stevens*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAN FRIEDMAN,<br><br>                        Plaintiff,<br><br>-against-<br><br>STHREE PLC., STHREE INC., HUXLEY ASSOCIATES B.V., HUXLEY ASSOCIATES LTD, HUXLEY ASSOCIATES INC., IVANA RADUJKO, PALLADYNE INTERNATIONAL ASSET MANAGEMENT B.V., ISMAEL ABUDHER, LILY YEO, NIKOLAY TISCHCHENKO, PIEDAD ALONSO GAMO, and BILL STEVENS,<br><br>                        Defendants. | Case No.: 3:14-cv-00378 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br>July 25, 2014 |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 25, 2014, a copy of the foregoing Rule 7.1 Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: Stamford, Connecticut
July 25, 2014

FINN DIXON & HERLING LLP

By: /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)

177 Broad Street, 15th Floor
Stamford, CT 06901-2048
Phone: (203) 325-5056
Fax:: (203) 325-5001
Email: apavlis@fdh.com

*Attorneys for Defendants Palladyne International Asset Management B.V., Ismael Abudher, Lily Yeo, Nikolay Tishchenko, Piedad Alonso Gamo, and Billie Stevens*